Robert Scott Kennard
State Bar No. 117017
Jamie Forbes
State Bar No. 249270
Evan Daily
State Bar No. 258513
NELSON & KENNARD
2180 Harvard Street, Ste. 160 (95815)
P.O. Box 13807
Sacramento, CA  95853
Telephone:  (916) 920-2295
Facsimile:  (916) 920-0682

Attorneys for Plaintiff
KENDALL STATE BANK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| KENDALL STATE BANK<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>DONNA JEAN PECK, MARY ANN SCOTT and Does 1 through 10,<br><br>　　　　Defendants. | **Case No.: 1:10-CV-01668-AWI-DLB**<br><br>**ORDER REGARDING STIPULATION TO REMAND TO FRESNO SUPERIOR COURT**<br><br>**Courtroom:   #9  (6th Floor)**<br><br>**Dennis L. Beck**<br>**U.S. MAGISTRATE JUDGE** |

　　For good cause showing, IT IS ORDERED that this case is immediately remanded back to the Superior Court of the State of California in and for the County of Fresno.

IT IS SO ORDERED.

Dated:  **December 22, 2010**　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

**ORDER REGARDING STIPULATION TO REMAND TO FRESNO SUPERIOR COURT** - 1